IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Slep-Tone Entertainment Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Wired for Sound Karaoke and DJ Services LLC; Ernest Z. McCullar,<br><br>Defendants. | No. CV-12-02631-PHX-NVW<br><br>**ORDER** |

Before the Court is Plaintiffs, Slep-Tone Entertainment Corporation and Phoenix Entertainment Partners, LLC, and Defendants Ernest Z. McCullar and Wired for Sound Karaoke and DJ Services, LLC's Stipulation for Dismissal With Prejudice (Doc. 135). Good cause appearing,

IT IS HEREBY ORDERED granting the parties' Stipulation (Doc. 135).

IT IS FURTHER ORDERED dismissing this matter with prejudice, each party to bear their own costs and fees.

Dated this 27th day of April, 2017.

                              *Neil V. Wake*
                              Neil V. Wake
                              Senior United States District Judge